| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Patricia N. Syverson, Esq.<br>Bonnett Fairbourn Friedman<br>& Balint, P.C.<br>2325 East Camelback Road, Suite 300<br>Phoenix, AZ  85016<br>*Telephone No:* 602-274-1100   *FAX No:* 602-274-1199<br><br>*Ref. No. or File No.:* | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court - Central District Of California | | | | |
| *Plaintiff:* David Berke, et al.<br>*Defendant:* Whole Foods Market California, Inc., et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:*<br>Wed, May. 06, 2020 | *Time:*<br>9:00AM | *Dept/Div:* | *Case Number:*<br>19CV07471PSG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Testify at a Deposition in a Civil Action; Attachment A

3. a. Party served:         Mullenlowe U.S. Inc.
   b. Person served:        Lo Saechao, Service of Process Intake Clerk

4. Address where the party was served:   Capitol Corporate Services
   455 Capitol Mall, Suite 217
   Sacramento, CA  95814

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 10, 2020 (2) at: 11:35AM
   b. I received this subpoena for service on:   Thursday, April 09, 2020

6. Witness fees were offered or demanded, and paid:    $40.00

7. **Person Who Served Papers:**                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason                                       d. *The Fee for Service was:*
   b. Class Action Research & Litigation                    e. I am: (3) registered California process server
   P O Box 740                                                   (i)   Independent Contractor
   Penryn, CA  95663                                             (ii)  Registration No.:    03-007
   c. (916) 663-2562, FAX (916) 663-4955                         (iii) County:               Placer

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Apr. 13, 2020

                                                                                              *(Robert J. Mason)*

**Judicial Council Form**                       PROOF OF SERVICE                                                        *pasyv.206001*
Rule 2.150.(a)&(b) Rev January 1, 2007