UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-7471-PSG (KSx)                                                Date: June 19, 2020

Title   *David Berke et al. v. Whole Foods Market, Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | AT&T BRIDGE 06/19//2020 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

    Laurene Paskowitz                                            Brian Blackman
    Patricia Syverson                                              Wells Blaxter

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE:  DISCOVERY DISPUTE**

    Case called. Counsel state their appearances. The Court held a telephonic conference with counsel for Plaintiffs and Defendants regarding the parties' discovery disputes concerning jurisdictional discovery. After further discussion, the Court determined that the parties did not submit a <u>joint</u> statement of the disputed discovery issues consistent with the Court's procedures. Accordingly, the parties are directed to submit a <u>single joint</u> email statement setting out both parties' positions by 10:00 a.m. Monday, June 22, 2020.

    The telephonic conference is continued to **Monday, June 22, 2020 at 3:00 p.m**. The court clerk will forward the call-in information to the parties by email.

IT IS SO ORDERED.

    : 17 mins
**Initials of Preparer**   gr