Laurence D. Paskowitz
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, NY 10022
212-685-0969
lpaskowitz@pasklaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERKE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., ALLEGRO COFFEE COMPANY, and MRS. GOOCH'S NATURAL FOOD MARKETS, INC., <br><br> Defendants. | Case No. 2:19-cv-07471 PSG (KSx) <br><br> **DECLARATION OF LAURENCE D. PASKOWITZ IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date: September 21, 2020 <br> Time: 1:30 p.m. <br> Crtrm: 6A – 6th Floor <br><br> The Hon. Paul S. Gutierrez |

I, Laurence D. Paskowitz, under pain and penalty of perjury under the laws of the United States, do hereby declare and state:

1. I am the principal of Paskowitz Law Firm, PC and co-counsel for Plaintiff David Berke in this action. I have been duly admitted *pro hac vice.*

2. Attached hereto as Exhibit A is a true and correct copy of an evidentiary stipulation signed by all parties dated June 22, 2020 and entitled, "STIPULATION RE: STATEMENTS RELATING TO PERSONAL JURISDICTION ISSUES."

3. Attached hereto as Exhibit B is a true and correct excerpt of the website maintained by WFM Services, Inc. for Whole Foods which can be found at https://products.wholefoodsmarket.com/product/starkey-spring-water-starkey-spring-water-1-qt-dec50d.

4. Attached hereto as Exhibit C is a true and correct excerpt of the website maintained by WFM Services, Inc. for Whole Foods which can be found at https://www.wholefoodsmarket.com/legal/conditions-of-use.

5. Attached hereto as Exhibit D are true and correct excerpts of the website maintained by WFM Services, Inc. for Whole Foods which can be found at https://www.wholefoodsmarket.com/stores/malibu and https://www.wholefoodsmarket.com/stores/beverlyhills.

6. Attached hereto as Exhibit E are true and correct screenshots of national advertisements listing MullenLowe Los Angeles as the creative agency, and available on the Internet at https://www.ispot.tv/ad/ZJZL/whole-foods-market-the-best-ingredients and https://www.ispot.tv/ad/ZxCh/whole-foods-market-more-than-a-label.

7. Attached hereto as Exhibit F is a true and correct copy of the Starkey Water 2020 Bottled Water Report contained on the Starkey Water website at https://starkeywater.com/wp-content/uploads/2020/06/Starkey-Water-2020-CA-Water-Quality-Report-English.pdf.

1 | Executed this 19th day of August 2020.

/s/ Laurence D. Paskowitz

Laurence D. Paskowitz
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, NY 10022
212-685-0969
lpaskowitz@pasklaw.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 19, 2020 at San Diego, California.

 /s/ *Patricia N. Syverson*
Patricia N. Syverson (203111)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 756-7748