# EXHIBIT A


BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., ALLEGRO COFFEE COMPANY, and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., ALLEGRO COFFEE COMPANY, and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.<br><br>Defendants. | Case No. 19-cv-07471-PSG (KSx)<br><br>**STIPULATION RE: STATEMENTS RELATING TO PERSONAL JURISDICTION ISSUES**<br><br>The Honorable Paul S. Gutierrez |

Pursuant to L.R. 7-1, Plaintiff David Berke ("Plaintiff") and Defendant Whole Foods Market Services, Inc., ("WFM Services"), by and through their counsel of record, hereby **STIPULATE AS FOLLOWS**:

1. Plaintiff and former plaintiffs Lorenzo Colucci and Vienna Colucci filed their Class Action Complaint in this action on August 28, 2019 (ECF No. 1) and their First Amended Class Action Complaint on September 30, 2019 (ECF No. 20).

2. Following the parties' discussions over various pleading issues, the Plaintiff filed his Second Amended Complaint on December 20, 2019 (ECF No. 33). The Colucci Plaintiffs withdrew from this litigation and filed a separate case, which is pending before the Hon. John J. Tharp, Jr. in the Northern District of Illinois and is entitled *Colucci et al. v. Whole Foods Market Services, Inc. and Whole Foods Market Pacific Northwest Inc.*, Case No. 1:19-cv-08379-JJT (the "Illinois Litigation").

3. Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint on January 21, 2020, asserting, *inter alia*, that WFM Services is not subject to the personal jurisdiction of this Court because it contends that it does not have sufficient contacts with the State of California (ECF No. 35).

4. The parties conferred over WFM Services' jurisdictional arguments and agreed to permit Plaintiff to conduct limited discovery related to WFM Services' personal jurisdiction defense. The Court has ordered the parties to complete jurisdictional discovery by July 8, 2020 (ECF No. 43).

5. As part of his jurisdictional discovery, Plaintiff served written discovery on WFM Services (consisting of seventeen Interrogatories and seventeen Document Requests), noticed the deposition of WFM Services employee Nichele Lindstrom based in Austin, Texas, and served deposition subpoenas on third-parties MullenLowe U.S., Inc. ("MullenLowe") and Mythology NYC, LLC ("Mythology").

6. WFM Services served timely objections and responses to Plaintiff's written discovery and produced documents on May 14, 2020.

7. The parties have engaged in several meet and confer communications and conferences over WFM Service's objections to Plaintiff's written discovery and whether an agreement can be reached as to certain statements that might avoid the need for further jurisdictional discovery, including the deposition discovery of Ms. Lindstrom, MullenLowe and Mythology.

8. The parties are also scheduled for a pre-motion telephonic discovery conference before Magistrate Judge Karen Stevenson on Monday, June 22, 2020 in an effort to resolve these discovery disputes.

9. In order to resolve their jurisdictional discovery disputes and avoid all further jurisdictional discovery and motion practice, the parties stipulate and agree that Plaintiff will not seek any further jurisdictional discovery, and hereby withdraws his deposition notice of Nichele Lindstrom and his deposition subpoenas to MullenLowe and Mythology, in exchange for WFM Service's agreement not to contest, *for the limited purpose of resolving WFM Services' challenge to personal jurisdiction in this action*, the following statements:

    a. Whole Foods Market has engaged in a national brand advertising campaign since roughly October 2014 (the "WFM National Brand Campaign");

    b. WFM Services is responsible for the development and execution of the WFM National Brand Campaign;

    c. WFM Services worked with third-party Partners & Spade, located in New York City, New York, in 2014 on the WFM National Brand Campaign;

    d. Since roughly October 2017, WFM Services has worked with third-party MullenLowe on the WFM National Brand Campaign;

  e. MullenLowe is based in Boston, Massachusetts with offices in New York City and Los Angeles;

  f. The WFM National Brand Campaign focuses on Whole Foods Market as a brand and the standards and values to which the family of companies aspires.

  g. The WFM National Brand Campaign focuses primarily on television commercials with some billboard advertising.

  h. The WFM National Brand Campaign has included use of the tag lines "America's Healthiest Grocery Store" and "Values Matter" and the phrase "the highest standards weren't available, so we created them" in the context of the large commercial or advertisement.

  i. WFM Services is also responsible for the content and design of the Whole Foods Market website, located at www.wholefoodsmarket.com (the "WFM Website").

  j. The WFM Website currently includes a webpage discussing WFM's quality standards that begins with the heading "Standards That Aren't Standard Anywhere Else."

  k. The WFM Website currently includes a webpage discussing WFM's food ingredient standards that begins with the heading "Food Ingredient Quality Standards" and uses the phrase "higher food ingredient standards" in the context of the larger statement.

  l. The WFM Website currently includes a webpage about Whole Foods Market that begins with the heading "Company Info" and uses the phrase "the strictest quality standards in the industry" in the context of the larger statement.

  m. WFM Services' Communications Team, based in Austin, Texas, has also developed videos about Whole Foods Market that have been posted on the YouTube platform. These videos include a 3-minute video, posted roughly nine months ago, entitled "Quality Standards Team Overview | Whole Foods Market."

This video begins with the statement "Quality Standards." This video discusses the historical development of WFM's quality standards and how those standards are designed to uphold WFM's values while taking into account what it actually takes to raise the animal, harvest the food or make the product. Its final panel displays the message: "Standards That Aren't Standard Anywhere Else."

10. Plaintiff acknowledges and agrees that WFM Service's agreement not to contest these statements only applies to the parties' personal jurisdiction briefing, and does not relieve Plaintiff of the need to develop evidence to support these same statements at any other or later stage of the litigation, including any dispositive motions and trial. Should Plaintiff wish to develop such evidentiary support at a later stage, this Stipulation does not waive his right to then seek discovery from the aforementioned corporate witness, the non-parties referenced herein or others yet to be identified.

IT IS SO STIPULATED.

Dated: June 22, 2020

**BLAXTER | BLACKMAN LLP**

*Brian R. Blackman*
Brian R. Blackman
J.T. Wells Blaxter
David P. Adams

*Attorneys for Defendant* Whole Foods Market Services, Inc.

Dated: June 22, 2020

Laurence D. Paskowitz (*Admitted Pro Hac Vice*)
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, NY 10022
212-685-0969
lpaskowitz@pasklaw.com

-4-

Case No. 19-CV-07471-PSG (KSx)
STIP. RE: STMTS. RELATING TO PERSONAL JURIS. ISSUES

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Carrie A. Laliberte (*Admitted Pro Hac Vice*)
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
420 Lexington Avenue, Suite 2440
New York, NY 10170
212-867-1156
rjacobs@jacobsclasslaw.com

David N. Lake (CA SBN 180775)
**LAW OFFICES OF DAVID N. LAKE,
A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
(818) 788-5100
david@lakelawpc.com

*Attorneys for Plaintiffs*