**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Carrie A. Laliberte (*Admitted Pro Hac Vice*)
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

FILED
CLERK, U.S. DISTRICT COURT
6/21/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 68

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., WHOLE FOODS MARKET SERVICES, INC., ALLEGRO COFFEE COMPANY, and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.<br><br>Defendants. | Case No. 19-cv-07471-PSG (KSx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER<br><br>The Honorable Paul S. Gutierrez |

Case No. 19-cv-07471 PSG (KSx)
STIP. DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Berke and Defendants herein hereby stipulate and agree that the above-captioned action is voluntarily dismissed. Plaintiff's claims are voluntarily dismissed with prejudice as to himself, but without prejudice to any other person, and without any obligation by Plaintiff for Defendants' attorneys' fees or costs.

IT IS SO STIPULATED.

Dated: June 18, 2021

**BLAXTER | BLACKMAN LLP**

/s/*Brian R. Blackman*

Brian R. Blackman
J.T. Wells Blaxter
David P. Adams
601 California Street
San Francisco, CA 94108
(415) 500-7700

*Attorneys for Defendants*

Dated: June 18, 2021

**THE PASKOWITZ LAW FIRM, PC**

/s/ *Laurence Paskowitz*
Laurence D. Paskowitz
(*Admitted Pro Hac Vice*)
67-87 Booth St., Suite 2C
Forest Hills, NY 11375
212-685-0969
lpaskowitz@pasklaw.com

**IT IS SO ORDERED.**
DATED: 6/21/21
_____
**U.S. DISTRICT JUDGE**

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Carrie A. Laliberte (*Admitted Pro Hac Vice*)
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com

claliberte@bffb.com
Telephone: (602) 274-1100

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
420 Lexington Avenue, Suite 2440
New York, NY 10170
212-867-1156
rjacobs@jacobsclasslaw.com

David N. Lake (CA SBN 180775)
**LAW OFFICES OF DAVID N. LAKE,
A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
(818) 788-5100
david@lakelawpc.com

*Attorneys for Plaintiffs*

## ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(i)(3), I, Laurence Paskowitz, hereby attest that concurrence in the filing of the document has been obtained from each of the signatories.

Dated: June 18, 2021

By: /s/ *Laurence Paskowitz*
Laurence Paskowitz